IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 18-cv-02756-DDD-MEH

CAMMEO RENFRO,
BARB MCGRAW, and
DESIREE DEMPSTER,

      Plaintiffs,

v.

CHAMPION PETFOODS USA, INC., and
CHAMPION PETFOODS LP,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion to Dismiss [Docket No. 89] of United States District Judge Daniel D. Domenico entered on July 31, 2020, it is

ORDERED that the Defendants Champion Petfoods USA, Inc. and Champion Petfoods LP's Motion to Dismiss Second Amended Class Action Complaint and Incorporated Memorandum of Law [Docket No. 65] is GRANTED.  It is further

ORDERED that judgment is entered in favor of defendants and against plaintiff. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 31st day of July, 2020.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
        Deputy Clerk